JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL WAHED R. IBRAHIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN SOUTHERN, INC.,<br>MORGAN SOUTHERN TRUCKING<br>A DELAWARE CORPORATION; and<br>Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 18-4514-DMG (SKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, filed September 18, 2019,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Morgan Southern, Inc., doing business as Morgan Southern Trucking, and against Plaintiff Abdul Wahed R. Ibrahim.

DATED: September 18, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE